# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA DEES; L.G., a minor; G.G., a minor by and through their Guardian Ad Litem, Robert Schiebelhut,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY; CAITLIN McCANN; SRISUDA WALSH, GLORIA ESCAMILLA-HUIDOR, and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 3:14-cv-00189-BEN-DHB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE STATUS CONFERENCE AND ALLOWING TELEPHONIC APPEARANCE AT APPEAL MANDATE HEARING**<br><br>[ECF No. 221, 222, and 223] |

On September 14, 2020, Plaintiffs Sara Dees; L.G., a minor; and G.G., a minor, along with Defendants County of San Diego and Caitlin McCann (collectively, the "Parties"), filed a Joint Motion to (1) Vacate the Status Conference Currently Scheduled for October 5, 2020 and (2) Allow Telephonic Appearances at the Appeal Mandate Hearing Currently Scheduled for September 23, 2020 (the "Joint Motion"). ECF No. 223.

The Parties request to vacate the Status Conference on the basis that they have filed a Petition for Writ of Certiorari before the United States Supreme Court, and as such, judicial economy would be best served by continuing the Status Conference after a determination on their appeal.

The Joint Motion is **GRANTED**. The Status Conference is CONTINUED. The Parties shall notify the Court within seven days of a determination on the Petition for Writ of Certiorari. The Parties may appear telephonically at the Appeal Mandate Hearing currently scheduled for September 23, 2020.

**IT IS SO ORDERED.**

DATED:  September 15, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge