UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA DEES; L.G., a minor; G.G., a minor by and through their Guardian Ad Litem, Robert Schiebelhut,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY; CAITLIN McCANN; SRISUDA WALSH, GLORIA ESCAMILLA-HUIDOR, and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 3:14-cv-00189-BEN-DHB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE STATUS CONFERENCE**<br><br>**[ECF No. 231]** |

On November 12, 2020, Plaintiffs Sara Dees; L.G., a minor; and G.G., a minor, along with Defendants County of San Diego and Caitlin McCann (collectively, the "Parties"), filed a Joint Motion to Vacate the Status Conference Currently Scheduled for November 18, 2020 (the "Joint Motion"). ECF No. 231.

The Parties ask to vacate the Status Conference on the basis that they have filed a Petition for Writ of Certiorari (the "Petition") before the United States Supreme Court, and as such, judicial economy would be best served by continuing the Status Conference until after a determination on their appeal.

The Joint Motion is **GRANTED**. The Status Conference is CONTINUED. The

-1-

3:14-cv-00189-BEN-DHB

1  Parties shall notify the Court within seven days of a determination on the Petition.  Further,
2  until a determination on the Petition is made, the Parties shall file a brief status report with
3  the Court regarding the status of the Petition every sixty (60) days.

4  **IT IS SO ORDERED.**

5  DATED:  November 17, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge